754

Defenders, and *Herman I. Pollock*, Defender, for appellant; *James D. Crawford*, Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Thomas, Appellant.

Submitted June 9, 1969. *Marvin M. Witofsky*, for appellant; *Anne T. Welsh* and *James D. Crawford*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Wagerman, Appellant.

Submitted June 9, 1969. *Murray B. Frazee, Jr.*, Public Defender, for appellant; *Daniel E. Teeter*, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Wagner, Appellant.

Submitted June 9, 1969. *Thomas J. Finucane, Jr.*, Assistant Public Defender,